**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

|  |  |  |
|---|---|---|
| **JOE BOND,** | § | |
| **TDCJ No. 1155865,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:21-cv-00067-M-BP** |
| | § | |
| **BRIAN COLLIER, Executive Director,** | § | |
| **Texas Department of Criminal** | § | |
| **Justice,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Motions to Dismiss (ECF Nos. 29, 55) are hereby **GRANTED**, and Plaintiff's claims against Defendants Bryan Collier, Michael Feazell, Kenyon Page, and Cris Love are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 13th day of May, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE