IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JOE BOND,<br>TDCJ No. 1155865,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN COLLIER, Executive Director,<br>TDCJ, *et al.*,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ Civil Action No. 7:21-cv-00067-M-BP<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Petitioner filed objections on January 19, 2023 (ECF No. 99). The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and it is therefore **ORDERED** that the Defendant's Motion for Summary Judgment (ECF No. 85) is **DENIED in part** as to Defendants Barry, Watson, and Schiwart and **GRANTED in part** as to Defendant Amber Morath. Plaintiff's claim against Amber Morath is **DISMISSED** with prejudice.

**SO ORDERED** this 6th day of February, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE